|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | INDEX NO: 07 CIV 6181 |
| COUNTY OF 263177 Jeffrey S Dubin | FILED ON: July 2, 2007 |
|  | DISTRICT: Southern/New York |

*Fred ALston, as Trustee of the Local 272 Labor-Management Pension Fund, etc.*

vs                                                                                           Plaintiff(s)

*MKSK Corp.*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:          **AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

_____Stephen L. Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 18, 2007_____, at ___3:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed __Summons in a Civil Action and Complaint, Judge's Individual Rules & Instructions & Procedures & Guidelines Procedures & Guidelines For Filing an Elecrtronic Case__, on

_____MKSK Corp._____

Defendant in this action, by delivering to and leaving with ___Donna Christie___, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 306 Business Corporation Law.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by    ☐ Registered or
☐ 1st Class Mail and Certified Mail, #_____, Return Receipt Requested on _____
to said defendant at: _____.

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __44 years__   Approx. weight: __130 lbs__   Approx. Ht.: __5'5"__
Sex: __female__   Color of skin: __white__   Color of hair: __brown__   Other: _____

Sworn to before me on _____July 19, 2007_____

_[signature]_
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

_[signature]_
Stephen L. Collen

Invoice·Work Order # 0705788